# George Hiller, Appellee, v. John F. Casey and Gertrude B. Casey, Appellants.

## Gen. No. 11,316.

Second District, First Division.

June 23, 1960.

C. A. Caplow, of Chicago, for appellant; Richard R. Cross, of Woodstock, for appellee. Opinion by PRESIDING JUSTICE McNEAL. **Not to be published in full.**